LAW OFFICE OF
# MICHAEL C. TROMELLO
A *CNA* LITIGATION COUNSEL OFFICE *
395 N. SERVICE ROAD, SUITE 410, P.O. BOX 9038
MELVILLE, NY 11747-9038
MAIN: (631) 577-2400
FAX: (631) 577-2401

JAMES M. BOYCE
KEVIN J. BRYANT
A.G. CHANCELLOR, III
STEPHEN J. DONNELLY
JOSEPH D. FURLONG
BRIAN W. HINE
ROBERT D. MARTIN♦

JONATHAN P. PIROG
EMILY E. SHEARER
KEVIN P. SLATTERY
PETER D. SMITH
MICHAEL C. TROMELLO
KATHLEEN M. WATSON

*CNA is a registered service mark of CNA Financial Corporation.
Attorneys are employees of Continental Casualty Company,
an underwriting company authorized to use the CNA service mark.

♦ALSO ADMITTED IN NJ & DC

Writer's Direct Dial: 631-577-2442
Email: a.g.chancellorIII@cna.com

March 7, 2018

Hon. Sandra J. Feuerstein
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

RE: Rapuano-Novella v. Outpost Pines Intermediate Holdings I, LLC
    Our File No. 1162117120/AGC
    Index No. 2:17-cv-6140

Your Honor:

Pursuant to your directions at the conference held concerning the above referenced matter on March 6, 2018, please find the text messages between plaintiff, Joseph Rapuano-Novella and Mario Priola annexed hereto as Exhibit "A" and the text messages between plaintiff, Dylan Pace and Mario Priola annexed hereto as Exhibit "B". As discussed at the conference, any interactions between plaintiffs and Mario Priola were consensual and this is evidenced by the text messages exchanged between them.

Very truly yours,

A.G. Chancellor, III (8521)

cc Derek Smith Law Group

*EXHIBIT A*



To  Joe Rapuano

HAAAAAAAAA

How many restaurants do you guys own in the pines

2

2 to go places

To go?

1pizza
1burgers
1nice sit down
1nice sit down

Oh nice. What is the pines pavilion?

Bar

To  Joe Rapuano

haha no

it was a joke

OUCH.............................................

I'M PRETTY

Very

Handsome  Is preferred word

a handsome 4? You must have low standards

kidding

To: Joe Rapisano

got it

I'm attepting to explore the island on the internet right now

Our new web site launches in a few days

awesome

it's all together as one company

gotcha, sounds like a small monopoly

it's a monopoly if we don't operate the company we own the store front

ie flower shop.   She is our tenant

To: Joe Rapisano

Very cool. Definitely sounds like an operation. I've been on four atlantis cruises and know the owner pretty well. I'm imagining a similar atmosphere.

Did you have a lot of sex

you can if you want, or are you asking me personally?

(Did you)  key words

My first cruise I booked when I turned 21 and I had kind of a cruise boyfriend so I just had a lot of sex with him

subsequent cruises varied

but nothing crazy

ever been on one?

I have not.   But plenty of sex on land

To: Joe Ruperene

Mon, Mar 14

Good luck today man! Let me know
how it goes with all those gays

You told me silly!

5 days ago!

I have a great memory. Don't get too
Starbucks cracked out

Lol

When do they start

3pppm-9

Tomorrow 10am-6

WOW

To: Joe Rupoarie

Are you telling me your qualifications
now?

No was merely answering

haha joking

I'm an open hook

Was hunter a server for you guys,

Last year?

Yes

Gotcha

To: Joe Rapuano

That's a good skill

I have a weak spot for smartie pants like yourself

I'll finalize all the dates with you via an email this week

Haha I don't even think I'm brilliantly intelligent, I just think most people lack common sense

That makes you intelligent

Awh 😊😊😊

How'd you get the privilege of meeting hunter

To: Joe Rapuano

WOW

I feel honored to have gotten the position so immediately. I'm kind of feel like royalty 👑

Minimum 15-20 minute speed dating increments

Don't

Lol

I was joking

80+ people to hire.

You were a likely to get me to 79

Hagaha

Hahahahaha

I am 1000000% kidding

Joe Rapuano

Like have fun with prostrate cancer and premature baldness you veiny freak

I'm muscly :'(



Wow you ARE good



Well nothing left to do but go on steroids I guess



I'm all good on shots in the ass for the time being

Joe Rapuano



No idea who that is but cool



Don't you hate that



Okay steroids are the worst look on anybody

That look is so ratty and gross though

Just bulky. And handsome. I like more slender

Like have fun with prostrate cancer

To Joe Rapuano

for Joe Rapuano

It's deeply misogynist to flirt with someone for a job and I don't support that kind of vapid culture

Unless it's like a great job

Haha are you the only one who does the hiring/ manages both restaurants?

Survival is survival I support any "wespon"

Bars.  Restaurants. Canteen   Gym.  Us

Yes*

And there's only one of you that manages all of it?

My job is 40 regular jobs in a normal

I set you up for one because I hoped one was coming. Now I'm disappointed

HR   Had my phone

HAJAHA you do not have an HR department

I'll decide if you get injected or not





Can't fool me



Enjoy your 💩

Cool meet at the ranch in 15?

Door unlocked. Lights are you should have off

Curtains drawn

Ass up

Go to my office retrieve your outfit from my cork board

Perfect you can fuck me in a broken jock strap next to a picture of your dog

Bring a cup of ice with you please when you come

Tue, Jul 5, 8:00 PM

Gimme till 8:20

Joe



Wed, Jul 13, 11:16 PM

Cute, I'm with my sister. Miss you



 

lol what

I need a cocktail

Thu, Jul 14, 9:54 PM



Joe



Kenny is asking about my 4th of just hours, I should just tell him you gave me cash right

He knows now

Okay perfect thank you!

Tue, Jul 12, 1:42 PM

I wanna go to Florida



hahaha, sex scandal before I even
started working.

Do you need a copy of my driver's
license?



Literally. It's fire island. I'm fully
prepared to be objectified.



Maybe.   But likely not by your boss

haha, too true.

Generally

No promises

Being a boss, being a dom masc top,
seems like a similar thought pattern.



DISCUSSION on money
BEGINS

Joe

In part it's a scheduling issue. Maybe he can assist with that aspect at least.

I'm on the ferry

I'm not taking home what I should be taking home for a summer job. I could be making what i make here anywhere and not have to pay a large housing fee. Economically for me at least it's not making much sense.

$427 paycheck today.

Ok.   So you are resigning?

Not yet.

I know what they are going to say

I would never resign via text message.

Joe

Fri, Jul 15, 2:12 PM

I'm not making enough money

Fri, Jul 15, 5:03 PM

Don't know. I'll talk to Kenny about a solution

Lol

Is that funny

That Kenny can help yes

Well if someone doesn't help, I'm leaving tomorrow so hopefully we can build a consensus

Leaving tomorrow ?

Aren't you in Connecticut?

Joe

Joe

5 servers on brunch when we had 4 last week and I had one table,

I know!! I'm not mad. Just may not be working out for me economically.

It's not anyone's fault. I'm just making about $200 less than employees working elsewhere who don't have to pay housing.

If I was making what bartenders make, I could get the housing charge. I don't make that much.

There's employees here that have been offered two raises and a paycheck advance so that tells me that management isn't completely unfair and may be willing to negotiate. That's the kind of conversation I want.

I do not. I was asked to be cut once on a Saturday when I had 1 single table at drag brunch.

And quitting with one day notice is same as quitting over text

Called in sick twice. Both legitimate.

Legit or not. Wouldn't matter

We just hired another server when we were promised that another server wasn't being added?

Not going to argue.

Joe

Excuse me?!

He won't leave me alone all weekend
and I just sent him a massive text
about how we're not working out



I said if he was as unhappy as he
thought he was than maybe he
should look for other jobs...



I want nothing to do with Dylan

Yeah...



I am not. You have no idea what I
said to him today b

Joe



I don't want a raise

It's okay if our ideas don't match. My
point is that I could be making more
working a serving job anywhere. The
incentive isn't here for me. But I
understand it could be for other
people so maybe lucratively, this isn't
the spot for me.



Oh god. I don't want him. Lol

Well you certainly are trying to talk
him into leaving

Excuse me?!

Joe

Dylan has zero to do with my
financial concerns

What to tell him back and forth???

That may be an option. But I'm still
going to chat with management
before I work any shifts this
weekend.

Pj is management lol

Don't threaten.

Pj is the company owner.

Whoah not a threat

I'm management

And I'm telling you to go to the owner

Joe

I am not. You have no idea what I
said to him today b

We?

Oh god that was a liar

*while ago

When circumstances were different.

Also this has nothing to do with my
employment here

What are you talking about nothingn
to do with your employment?

That's the only thing I am talking
about.

Dylan has zero to do with my
financial concerns

Joe

I don't threaten your restaurant. If I left you have plenty of people to keep your industry running.

That may be an option. But I'm still going to chat with management before I work any shifts this weekend.

Pj is the company owner

Whoah not a threat



Who did you mean to send that screenshot to

Joe



"Before I work any shifts".

Certainly sounds threatening

This convo crosses that confusing boarder you said doesn't exist by involving personal endeavors that have nothing to do

Barely

I don't threaten your restaurant. If I left you have plenty of people to keep your industry running.

That may be an option. But I'm still going to chat with management before I work any shifts this weekend

Joe

Take Dylan with you

You're a liar

Texts boo

We can leave tonight

This may be too a personal

EXARCLY

that's what I'm showing you.

Me telling you to go to pj cause I don't want to loose you as a server is your manager and me speaking

And those screen shots were for you

Don't be that sketchy I don't share exacts ever

Of course I want you all to make money

Why would I not

Joe

I am not. You have no idea what I said to him today b

We?

Oh god that was a liar

~while 500

When circumstances were different

Also this has nothing to do with my employment here

What are you talking about nothing to do with your employment?

That's the only thing I am talking about.

Dylan has zero to do with my financial concerns

Take Dylan with you

You're a liar

Joe

He bitched your car?

I'm not bitching. I am not a bitch.

Yes.. Some fucked up shit with him and Sara

The thing you reimbursed him for and gave him a raise offer for? I know.

I didn't offer the raise

Also you're wrong about what you think it's happening between Dylan and I

It's not mine to offer

The money. Yes I paid from my own pocket

Joe

Mario this isn't an attack against you or management

It's just a concern I've brought up twice

Ok.. And there's nothing I can do.. I had nothing to do with hiring another server

Another server this weekend too? Three servers on week nights when we have 17 covers on average

So I want you to go to the owner

I'll remove Caitlyn

Honestly I have zero clue what's happening there

I've had little contact with pj and Kenny

Okay. I believe you.

Joe

And I'm an adult.

I believe that.

No. It's all a game. It's because I've put the final stopper in anything he thought was going on

Have we changed this to personal?

He has messaged

I assume out of boredom

Personal. You brought it back up n

I'm just asking if it's officially a topic change

Sure

Joe

I've terminated and broken every tie with this person because I am an adult.

He shouldn't have to pay a mistake

I will handle her when I'm back

Agreed. But you're still wrong about the nature of his and i's relationship.

And if I don't get reimbursed well then it's a sacrifice I make for staff

I dont know what you two are doing or if you're talking again or whatever.

We aren't

But I'm a really good guy.

He has messaged

Joc

But I don't care. I'm not intimidated
by any of this really. Not for 427/
week lol

I would talk to PJ

Not opposed at all.

Just wish you were here. Maybe to
settle me down, maybe to smack
some sense into me

If you say management one more
time. I'm gonna feel as if you are
demeaning my position

I am telling you to go above me

Okay.

I want you to find a solution. I am

Joc

Sure

Official change.....

And then silence

Lol

Thanks for getting me all hyper

Texted Kenny he blindsided me

Hiring another waiter

What am I supposed to say

Now he's mad lol

I can tell. I don't think he wants to
speak to me.

You should talk to pj

But I don't care. I'm not intimidated

Joe

But I don't care. I'm not intimidated by any of this really. Not for 427/week lol

I would talk to PJ

Not opposed at all.

Just wish you were here. Maybe to settle me down, maybe to smack some sense into me

If you say management one more time.   I'm gonna feel as if you are demeaning my position

I am telling you to go above me

Okay.

I want you to find a solution.   I am

Joe

Sure

Official change.....

Vid then silence

Lol

Thanks for getting me all hyper

Texted Kenny he blindsided me

Hiring another waiter

What am I supposed to say

Now he's mad lol

I can tell. I don't think he wants to speak to me.

You should talk to pj

But I don't care. I'm not intimidated

Joe

o care about you as a person and I
not communicating romantically
th any other employee. That is all.

e you?



But that's been going on for years

mee? Lol

ou are the only one.

Pj just said.  "Within the first hour of
you back. We sit"

like that's a great way to end my
vacation

To feel like I'm going back to a

Joe

Drugs for you?



There is no web.

I do care about you as a person and I
am not communicating romantically
with any other employee. That is all.

Are you?



Joe

really want you to have the best trip
hat you can possibly have.

What place is that.

Not gonna tell you

It's a gamers bar

.ol I'd probably love it. When we
ioing?

---

Joe

You got PJ involved. I didn't.

I didn't bring up personal stuff in that
meeting.

And I said nothing incriminating.

That's not what I'm Getting at

And I couldn't solve what you needed

It's my job to execute what I can and
send up the things I can't

I have work. I think it will be fine. I
just want you back. The drama will
die as soon as Dylan realizes he can
manipulate anyone else.

When are you back

Sunday

---

Joe

look so angry

Sat, Jul 16, 11:17 PM

What time are you rejoining us
tomorrow

Sun, Jul 17, 7:19 PM

Lmk if you want to hang after I'm out
of work. Your last night as a free man

Maybe.   I do.   But I don't know what
pj has to say to me

Well that's a start at least 😆 . You
know where I'll be tonight. Let's
watch devil wears prada

Mon, Jul 18, 5:25 PM

I don't feel well

Mon, Jul 18, 11:11 PM

Need my pillow from your house

---

Joe



WAIT. I'm coming now

That looks like so much fun

12:04 AM

12:59 AM

I look so angry

Joe

Wow

I'll talk to someone else about grabbing it. Thank you.

I don't know how to do that right now

Excuse me

I just need to grab my pillow. I'm packing.

Tue, Jul 19, 11:46 AM

Can you open whale? I left my sunglasses and black book with money inside

Yes

Delivered

Joe

Please.

Yes?

I'll get it to you

Mail?

Lol

Wow

I'll talk to someone else about grabbing it. Thank you.

I don't know how to do that right now

Excuse me

I just need to grab my pillow. I'm packing.

Tue, Jul 19, 11:46 AM

*EXHIBIT B*

To: Dylan Pace

iMessage
Thu, Apr 14, 21:57

Good afternoon Mario! My name is
Dylan Pace, I am actually inquiring
about employment. Are you the right          21:57
person I should speak to?

I am. Hi Dylan.  Wanna send me a
resume and a few photos to
mario@pinesfi.com                            22:18

Sent as Text Message

Fri, Apr 15, 02:39

Ok cool I sent it.
                                             02:39

I got it.    Responded.  What are you
looking to do for us?                        02:42

Honestly I'm looking for a bartending
or serving position.                         03:08

What does the deli position entail?          03:12

Wed, Apr 27, 16:14

To: Dylan Pace

Wed, Apr 27, 16:14

Hey Mario I'm free on weekends if
you need a deli counter person,
otherwise please let me know if              16:14
anything else opens up! Thanks.

Hey.  As a commuter.   Sorry !
Slipped through the cracks                   16:16

Or do you need to stay the night?            16:17

Either or would work for me. I live in
bellport, right across the bay.              16:35

Ah.  Ok.  Yes please.  Would you be
able to meet me here?                        16:41

Yeah sure when would you like to
meet?                                        16:52

Wed, Apr 27, 19:12

I'm here all the time          19:12

Here being fire island         19:16

To: Dylan Pace

Here being fire island                    19:16

If a phone call is better I can do that    19:16

Wed, Apr 27, 22:29

Yes I am of off work at 5, I can call you after that or come by fire island tomorrow around 6.                     22:29

There are no boats running past 3:30.  Meaning that's the last boat you would be able to cone on and still go home                    23:05

Arrive on the 3:30 and leave on the 5:10                                    23:06

Fri, Apr 29, 15:10

Hey Mario can I come out tomorrow?      15:10

Sounds great    What's the plan?       15:21

Fri, Apr 29, 16:47

To: Dylan Pace

Fri, Apr 29, 16:47

Just let me know when         16:47

Sat, Apr 30, 04:41

Hey Mario sorry about getting my back to you so late, got out of work late. Would tomorrow afternoon work? I was thinking of taking the 1:25 over                            04:41

Sure.  No problem        05:08

Sent as Text Message

Sat, Apr 30, 17:34

What did you decide?     17:34

I'm gonna try to make the 1:25. If I miss it is it ok if I come over on the 3:20?                                17:37

Let me know if that's too late      18:04

That's fine     18:05

To: Dylan Pace

there the                18:05

Sat, Apr 30, 21:14

Hey Mario I missed the 320 so il be
there at 4:50 haha sorry again          21:14

Sun, May 1, 00:39

Hey Mario I'm over here                  00:39

Sun, May 1, 02:36

You good                                 02:36

No tickets on your way home!             02:37

Sun, May 1, 03:49

Mad it home                              03:49

Made**                                   03:50

Mon, May 2, 19:30

Hey Mario, let me know if you guys

---

To: Dylan Pace

Hey Mario, let me know if you guys
could fit me full time, wouldn't mind    19:30
leaving my job asap 😂

Yeah.  We can but my boss pulled
back that salary offer.  It would need   19:4
to match 11 like the others

Sent as Text Message

Wed, May 4, 02:04

??        02:04

Wed, May 4, 15:16

Well would I be able to get a room if I
work full time? Although I would be
taking a loss as I make 15.25 now,      15:16
would those security shifts still be
available?

Wed, May 4, 16:37

Let me know when you can, thanks!        16:37

Wed, May 4, 17:40

o: Dylan Pace

Wed, May 4, 17:40

Security is separate pay.
And housing would be free                17:40

Wed, May 4, 19:44

Ok cool I can do full time with the
housing. About when would I start?       19:44

Sat, May 7, 20:33

When can you is the question?            20:33

Sat, May 7, 22:50

? 22:50

I would just have to put my 2 weeks
in                                        22:51

K.  Do it when you are ready             23:01

Sun, May 8, 03:54



To: Dylan Pace

Sun, May 8, 03:54

Do you have any days off that I can
start you here before those two
weeks                                     03:54

Sun, May 8, 05:47

Really only weekends. I could take a
weekday off though if you need           05:47

Ok.  When are you giving notice?         05:50

Mon, May 9, 16:36

Hey I was thinking about giving my
notice next Monday. I would be able
to start full time the 28th. Is that too   16:36
late??

Mon, May 9, 17:37

That works.  Ok                          17:37

Tue, May 10, 15:25

Hey Mario before you make the
schedule, is there anyway I can have



To: Dylan Pace

Hey Mario before you make the
schedule, is there anyway I can have
off on 6/3, 6/7, and 6/15? I have          15:25
court for driving without a license!
Haha

                        Enter it In on the app   15:28

Oh okay cool                               15:28

                Sat, May 14, 19:18

Hey Mario should I wear one of the
approved uniforms for tonight? I'm at      19:18
the pizza place

                    There's no uniforms yet   19:21

                    They haven't arrived    19:21

Ok so jeans, black shoes and a nice
shirt? Haha                                19:22

                            For pizza       19:22

            T shirt.   Shorts/jeans and gym

To: Dylan Pace

            T shirt.   Shorts/jeans and gym     19:?
            shoes

                Sat, May 14, 21:45

Hey Mario I'm over here now if you
wanted this employee packet              21:?

                        Where are you    21:5

Canteen                                  21:5

                            Ahh ok       21:5

Do you know the wifi password?           22:2

                Sat, May 14, 23:38

                        pavili0n1959     23:3

                                         23:3

Thanks                                   23:3!

To: Dylan Pace

Thanks                                      23:39

Mon, May 16, 21:12

Hey Mario, anyway someone can
cover me tomorrow until 6
tomorrow? I can't take the 12:15 ferry          21:12
my boss needs me until a little later

You traded the shift          21:13

Didn't you take rupleysshift          21:13

Yeah tomorrow 3-11                          21:13

K.  I'll figure it out          21:13

Please don't take shifts you can't
cover                                       21:14

It's not easy with 90-110 people
coming and going                            21:14

Sorry Mario! I didn't realize, you still
want me 3-11 right?                         21:16

To: Dylan Pace

Sorry Mario! I didn't realize, you still
want me 3-11 right?                         21:16

6-11*                                       21:16

I have no clue what you are talking
about.   That's why we need the app          21:17
to be the middle man

I don't know what you are scheduled
with to even begin                          21:17

Hey Mario never mind! I got coverage
here                                        21:31

Il be there at 3, sorry for the
confusion                                   21:31

Ok   21:31

Wed, May 18, 05:20

Heyo                                        05:20

Hola   05:21



To: Dylan Pace

Hola — 05:21

I literally just walked in the house — 05:21

? — 05:28

Whatcha wanna do — 05:29

I'm gonna jump in the shower — 05:29

Wanna go in the hot tub? — 05:29

Lol — 05:29

Ok hmu after — 05:29

Yeah sure — 05:29

K — 05:30

I'll be done in aCouple Min — 05:30

I'm out — 05:38

To: Dylan Pace

I'm out — 05:38

I don't even know if the hot tub works yet lol — 05:38

Ok I just got out too — 05:41

And the hot tub is literally freezing — 05:42

So movie? — 05:48

Cool. — 05:48

You coming over here? — 05:48

Yeah give me a sec — 05:50

Coming — 05:58

Ok — 05:58

Hey I'm here — 06:01

To: Dylan Pace

?? 06:01

Want me to come up to the door 06:01

Yeahs. Haha. 06:01

**Wed, May 18, 12:59**

Aren't you coming to the dinner tonight? 12:59

I'm gonna try 12:59

Ok. Well then maybe I'll see you 😵 13:00

13:07

**Wed, May 18, 15:16**

To: Dylan Pace



15:16

Can't wait to be done here 15:16

What is that  Insurance? 16:02

Towing? 16:02

Yeah we're the salvage auction for all totaled insurance vehicles, donations and impounds. We gotta schedule pickups and stuff 😵 16:21

To: Dylan Pace

Yeah we're the salvage auction for all totaled insurance vehicles, donations and impounds. We gotta schedule pickups and stuff 😊     16:21

Wed, May 18, 17:22

I c.     17:22

I thought you worked in a deli.     17:22

Did you sleep ok last night?     17:23

Noo that was before this     17:23

Yes although in still tired     17:23

;-(     17:24

Thu, May 19, 05:11

You missed dinner tonight     05:11

Thu, May 19, 15:23

Yeah I know:/ I missed the last ferry

To: Dylan Pace

Thu, May 19, 15:23

Yeah I know:/ I missed the last ferry and all my friends boats aren't in the water yet     15:23

How was it     15:23

I c     15:27

Was good.     15:31

Pretty sure the staff had fun     15:31

Nicee. Upset I missed it 😭     15:45

Thu, May 19, 19:51

Hey Mario I totally forgot to set up direct deposit. I didn't include my routing or account number     19:51

Thu, May 19, 21:17

Next week then     21:1



To: Dylan Pace

Thu, May 19, 21:17

Next week then    21:17

Fri, May 20, 01:09

How's the day mr?    01:09

Fri, May 20, 02:18

Good. Just got out of the gym and at home goods grabbing some room supplies lol    02:18

Fun    02:38

Yeah just spent 250😬    03:15

5 on me?    03:19

You already got something 😀    03:20

Sat, May 21, 15:27

When do you work against    15:27

To: Dylan Pace

Again    15:27

15:41

Tuesday

Oh?    That's weird.    15:42

If you want to show up for work somewhere as a second hand I can use you    15:42

Even tomorrow if you want    15:4?

Sat, May 21, 20:23

I guess no lol    20:2

Your buddy keeps asking for you    20:2

Haha who    20:2

And I'm getting everything together this weekend im kinda busy    20:?

Derek Binsack    20:



o: Dylan Pace

Derek Birbeck 20:25

Lmao 20:34

Tue, May 24, 22:51

Hey.  You coming in tonight? 22:51

Yes 22:52

K 22:52

Wed, May 25, 01:53

LOL the key was in the box 01:53

LMAO.  they came back? 01:59

No they called haha. Said they will be back tomorrow morning 02:02

OMG. 02:03

were they mad? 02:03

To:  Dylan Pace

were they mad? 02:03

No not at all but I did apologies haha 02:04

Wed, May 25, 05:45

Hi 05:45

Wed, May 25, 19:19

Have you been googling away? 19:19

Yes 19:20

Lol 19:32

And ? 19:59

How was last night... 19:59

Fri, May 27, 06:04

06:04

To: Dylan Pace

Fri, May 27, 06:04

06:04

Hi                                          06:04

Hi 👋                  06:04

You going to sip ?        06:09

Sorry just saw this                    06:53

Sat, May 28, 08:35

I forgot to clock out                  08:35

Lol        08:45

And here I thought this was a "good
night handsome text" lol        08:45

Well I already told you that          08:54

Haha, Goodnight handsome😄        08:54

---

To: Dylan Pace

Haha. Goodnight handsome😄        08:54

08:55

Of course I lay in bed and I'm wide
awake        08:55

Just got into bed                         09:09

Sip was dead                               09:09

09:10

Sleep well mr        09:11

Thanks cutie                               09:11

You as well!                                 09:11

Sat, May 28, 17:30

Hey is there a check for me?          17:30

To: Dylan Pace

Sat, May 28, 17:30

Hey is there a check for me?    17:30

Sat, May 28, 19:26

Busy but I'll look in a bit    19:26

Ok thanks    19:32

Next week    19:44

Do you need money 💀 🏦    19:44

No I'm okay thanks though    20:42

K.   Let me know if Thursday doesn't work for you    20:50

Sat, May 28, 23:37

Come nap with me    23:37

Sent as Text Message

Sun, May 29, 09:05

Next week

---

To: Dylan Pace

Come nap with me    23:37

Sent as Text Message

Sun, May 29, 09:05

Next week

Do you need money 😩🔟

No I'm okay thanks though

Delivered

K.   Let me know if Thursday doesn't work for you

Yesterday 5:44 PM

Come nap with me    09:05



I    |    The    |    I'm

Q W E R T Y U I O P

A S D F G H J K L

Told you I got your text at 5:44, no earlier lol sorry for not answering    09:06

No worries    09:08

To: Dylan Pace

No worries 09:08

K cool 09:11

And it had nothing to do with you as to why I was mad tonight, sorry for being rude a little lol 09:12

Sun, May 29, 10:15

Where'd you go 10:15

Walking someone home 10:19

Kk 10:19

Il be back in 10 10:24

Ok 10:26

Where r u 10:34

Walking out 10:35

To: Dylan Pace

Walking out 10:35

Coming to your house now ? 10:35

Yeah. Where you at 10:36

You meeting me ther ? 10:37

Want another drink or you done? 10:38

Okay 10:38

And yeah il meet you there 10:38

I'll bring it. I'm gonna leave the front door open. I'm hoping in the shower 10:39

Kk 10:41

Sun, May 29, 19:28

No way I can go in at 3 right lol 19:28

Sun, May 29, 22:16

To: Dylan Pace

Sun, May 29, 19:28

No way I can go in at 3 right lol                     19:28

Sun, May 29, 22:16

I don't really like the pizza place lmao             22:16

K.   22:31

I'll swap you out this week   22:32

Mon, May 30, 10:13

Where r u                                            10:13

Mon, May 30, 11:23

Good night again m   11:23

Mr-^^   11:23

Night Mario !                                        11:25

Mon, May 30, 17:06

To: Dylan Pace

Mon, May 30, 17:06

Hey Mario running 10 mins late                       17:06

Mon, May 30, 19:32

Clocking you out though   19:32

Ok                                                   19:35

Mon, May 30, 23:49

Is he there yet?   23:49

Sent as Text Message

Is he there yet?   23:56

Sent as Text Message

Tue, May 31, 03:24

What r u doing   03:24

Tue, May 31, 05:41

Sounds like fun haha

I'm headed to bed   G night mr

To: Dylan Pace

Tue, May 31, 05:41

Sounds like fun haha

I'm headed to bed.   G night mr          05:41

Sent as Text Message

Tue, May 31, 18:47

Hey sorry, got 12 hours of sleep last
night 😊                                       18:47

Tue, May 31, 21:52

What do you want                              21:52

Booty          21:56

Lol          21:56

Booty sandwich          21:56

No lol.
I wanted a sandwich but I think I'm
swapping to wings                       22:04

Lol ok                                           22:09

To: Dylan Pace

Lol ok

22:0

Wed, Jun 1, 04:33

Umm          04:33

Lol          04:33

So sorry my alarm didn't go off
04:47

Want me to head there now
04:47

stopped in before they were fine
05:00

Omg I'm sorry lol
05:00

Wed, Jun 1, 23:08

3 things

1) I need your DL
2) your direct deposit info
3) can you come in a few early so the
guy can get on the boat                23:08

To: Dylan Pace

swadgling to wings

Lol ok                                          22:09

Wed, Jun 1, 04:33

Umm    04:33

Lol    04:33

So sorry my alarm didn't go off                 04:47

Want me to head there now                        04:47

stopped in before they were fine                 05:00

Omg I'm sorry lol                                05:00

Wed, Jun 1, 23:08

3 things

1) I need your DL                                23:08
2) your direct deposit info
3) can you come in a few early so the
guy can get on the boat

To: Dylan Pace

1) I need your DL                                23:08
2) your direct deposit info
3) can you come in a few early so the
guy can get on the boat

Sure                                             23:11

Thank you 😊    23:12

Thu, Jun 2, 06:18

I didn't clock out at 11:30                      06:18

Thu, Jun 2, 07:27

Good night😊    07:27

Thu, Jun 2, 16:17

Morning. Do you need me today at
all?                                             16:17

G morning.    16:41

No. Your good.    16:41



To: Dylan Pace

Me. Your good. 16:41

Ciao.  Good luck 16:41

Thank you ! 😊 16:41

Mmmhmm 16:42

Have fun wherever you're going 17:02

Haha.  Did you see me driving? 17:27

🚗🚗🚗🚗 17:28

Yes haha. Almost hit the dock 17:29

Nah.  He was talking 17:29

😁 17:30

I'm kidding lol 17:30

U still at the gym? 17:30

To: Dylan Pace

U still at the gym? 17:30

Yes leaving soon 17:30

The most (chatty) texting you've ever been 17:33

Lol 17:33

Haha 17:33

Thu, Jun 2, 19:01

When are you leaving? 19:01

Just left on thee 12 19:02

Thu, Jun 2, 20:02

G luck 20:02

Fri, Jun 3, 16:57

You still gonna be able to get back ? 16:57



To: Dylan Pace

Fri, Jun 3, 16:57

You still gonna be able to get back ?    16:57

Yes. Charges dropped! 2 more court
dates to go    16:57

Oooh.  Great.  Congrats    16:59

Hey Mario what did I just get paid for
today? The past 3 weeks?    17:54

Jw    18:09

.    18:12

?    18:12

No clue.  Did it go into your account    18:12

Need to set up your email and log on    18:12

Sat, Jun 4, 22:01

YOU SEARCHED ON
Defendant:    Dylan Pace
County:

Modify Search

Search Results 1 through 3 of 3

To: Dylan Pace

Sat, Jun 4, 22:01

YOU SEARCHED ON
Defendant:    Dylan Pace
County:

Modify Search

Search Results 1 through 3 of 3

| Case # | Def/Resp Name | Disposition Date Filed | Court | Judge |
|---|---|---|---|---|
| 2016SU01651705 | Pace, Dylan M | 06/07/2016 | Suffolk First District Court | |
| 2016SU01113015 | Pace, Dylan M | 06/15/2016 | Suffolk First District Court | |
| 2016SU0202755 | Pace, Dylan M | 07/12/2016 | Suffolk First District Court | |

22:01

eCourts    E-mail: eCourts@nycourts.gov

What are those?   The new ones
coming?    22:02

Yes I request off already though    22:03

I wasn't thinking work    22:03

To: Dylan Pace

I wasn't thinking work    22:03

Lol    22:03

Sun, Jun 5, 10:18

😉    10:18

Why would you tell me to go home with someone else?    10:20

I was kidding    10:20

Lol    10:20

Where'd you go    10:20

K.  Well good night I guess    10:27

Hey sorry    11:00

My phone died    11:01

To: Dylan Pace

My phone died    11:01

Good night Mario    11:02

Sun, Jun 5, 19:27

When would I get the rest of the pay from previous weeks? Can we talk about this I'm missing money    19:27

I'll track kip down    20:12

I'm in a weird mood today    21:06

Sorry    21:46

Lol    21:47

Something I can assist with    21:49

A raise    21:53

LOL    21:53

To: Dylan Pace

Something I can assist with        21:49

A raise                            21:53

LOL                                21:53

Have fun while you're off          21:56

Lol                  22:50

I'll see what I can do  22:50

Mon, Jun 6, 05:26



05:26

To: Dylan Pace

06:11

Tue, Jun 7, 01:12

01:12

It was a fun night                 01:14

I heard  01:15



: Dylan Pace

heard                    01:15

Hehe                     01:18

I've done nothing important all day.
It feels like a legit waste          01:21

Bought jeans.    New undies.  Dr.    01:21

To:  Dylan Pace

Bought jeans.    New undies.  Dr.    01:21

Saw xmen last night, I fell asleep for
a good 20 of it                      01:21

You're so gay lol                    01:19

Tue, Jun 7, 04:40

Haha omg                             04:40

And nice at least you're relaxing off   04:40

If Chris clocks in and out under pizza
cashier everyday even though he's
running around does he make tips for
ever hour? Haha jw                   04:41

He should have a Maintence button
that he clicks in under              04:41

To: Dylan Pace



68 WILSON, CHRIS
1 In Mon Jun06 09:54AM
12:10 Pizza Cshr
1 Out Mon Jun06 06:29PM
L8      8.52/8.52

04:42

Are you my new eyes and ears in pizza 🔫🔫   04:42

I guess he doesn't   04:42

Hmm   04:42

Haha I don't want to stir the pot I was just wondering   04:43

Not stirring.  I'm glad to address

---

To: Dylan Pace

just wonderingg   04:42

Not stirring.  I'm glad to address issues

04:44

Btw. I haven't forgotten about your check.   Just off island

No biggie. I'm fine now but I have court tomorrow so I think I'm gonna be broke soon, only reason who I keep takin about money with you lol   04:45

Why*   04:45

Trouble maker   05:01

Lol   05:36

Good luck.   05:40

Why thank you   05:41

Tue, Jun 7, 14:11



To: Dylan Pace

Tue, Jun 7, 14:11

for couple 14:11

Tue, Jun 7, 15:16

No I missed the fucking 7:25    15:16

Eeek 15:16

Waiting for the 10    15:16

What time is court? 15:17

Isn't it usually like 9am? 15:17

Yes    15:17

That's not good 15:17

But they move you to the back of the list if you're not there so il be there all day    15:17

You are too much of a pro lol 15:18

---

To: Dylan Pace

all day

You are too much of a pro lol 15:18

Lol    15:18

Fri, Jun 10, 02:39

If you need me for freight anytime I'm down    02:39

Anywhere really, don't mind more hours 😔    02:39

Fri, Jun 10, 06:50

Headed to bed. 06:50

Night mr 06:51

Fri, Jun 10, 16:24

Sorry fell asleep wasn't feeling good    16:24

Can I get a check today? Only 514 went through again..    16:24

To: Dylan Pace

Where are du                16:43

My room                     16:49

I just walked from the ranch.  When
you get up andmoving around come
meet me at the office        16:49

Km give me a sec             16:55

Hey you still over there?    17:41

Lol.  Long sec               17:42

Lol sorry had to shower      17:43

Where are ya                 17:48

Sat, Jun 11, 08:42

Going to bed my head is killing me   08:42

Ok. ☹                        08:43

---

To: Dylan Pace

Going to bed my head is killing me   08:42

Ok. ☹                        08:43

Just took my migraine medicine ☹    08:43

Sorry.                       08:55

Sun, Jun 12, 08:17

Hey where are ya             08:17

Mon, Jun 13, 17:39

Sorry I got another drink and got
drunk and ended up in my bed    17:39

It's cool                    17:39

No worries                   17:39

                             17:40

Mon, Jun 13, 23:58

To: Dylan Pace

17:40

Mon, Jun 13, 23:58

Sorry                                          23:58

Tue, Jun 14, 17:44

Did you leave ?                 17:44

Yes when are you                18:13

By stop and shop              18:17

Wanna grab a coffee?        18:25

Sorry was washing my neglected car        19:14

And I'm home and can't drive
otherwise I would                19:14

K                 19:14

---

To: Dylan Pace

What beer did you leave on        19:17

When are you heading home        19:18

Waiting for the ferry now        19:19

Wasted some time in sayville I might
take the whole day off        19:19

What did you do?        19:19

Haircut        19:20

Starbucks        19:20

Post office        19:20

Lunch        19:20

Quiet time        19:20

Nice        19:20

Who are you with        19:20

To:  Dylan Pace

Who are you with                                      19:20



19:21

By myself        19:21

They left later then I did     19:21

Ohh                              19:21

To:  Dylan Pace

19:



19:42

I should not be driving lol                19:42

I just chipped my front bumper              19:42

By bumping into my Durango lol wtf           19:42

To: Dylan Pace

You should be driving    19:56

You should also sell that home    20:08

Haha okay buy it    20:11

Do you come with it?    20:34

Are there any issues with its?    20:34

Haha😄    20:39

It needs an alarm module, I just brought it to the mechanic    20:40

The kbb is 4600 because it had the 5.7 hemi in it, I'm trying to get close to 3    20:40

What year is it?    20:40

And miles?    20:40

To: Dylan Pace



20:45

20:45

To: Dylan Pace



Idk it's not bad and I would keep it if I had a license lol. It has new tires all around   20:48

5 series?   20:48

Oh the BMW? Lol   20:48

Duuuuh.   20:49

I don't want the Durango   20:49

Lol   20:49

Lol oh I still owe money on it I can't really sell it   20:50

20:51

Lol   20:52

To: Dylan Pace

:3l   20:52

Are you looking for a car lol   20:53

Yes.   20:53

Will be   20:53

Tue, Jun 14, 21:54



21:54

To: Dylan Pace

Where r u        22:09

Home        22:10

You?        22:10

I'm in my office        22:10

Wed, Jun 15, 01:03

ps.  You  don't get to keep my
favorite jacket        01:03

Oh I'm sorry !        01:22

Wed, Jun 15, 17:27

So we hit a deer on the highway on
the way to court, totaled my moms
car, and made me miss my session        17:27

Are you kidding.  Omg        17:49

To: Dylan Pace

Are you kidding.  Omg        17:49

Are you guys ok?        17:50

Yeah we're okay. I'm at court now to
see what they say        18:14

Fuck.        18:15

She's buying that BMW from you
now        18:15

There's no why I could get a cover
for tonight right? They just recessed
the court for lunch until 2:30 I'm not
sure what to do        18:34

If I don't go there will be a warrant for
my arrest        18:34

Yeah. I'll figure it out        18:53

Of course        18:53

Thank you I'm so sorry. Bad day...        18:57

To:  Dylan Pace

Thank you I'm so sorry. Bad day...          18:57

Don't worry about it          19:01

Wed, Jun 15, 22:12

New York State DMV - Internet Office Transactions

Confirmation Message - Traffic Ticket Pleas, Hearings and Payments - Transaction
Processed

Note: In addition to the fines, the surcharges and fees that you pay for traffic violation
convictions,
you can be required to pay Driver Responsibility Assessments.

If you have a question, read the FAQs.

Stop! - Write your Confirmation Number on a piece of paper now.

Below is a summary of all of the traffic ticket transactions you processed. Thank you. The DMV
will send you a confirmation message by email.

Confirmation Number: 20160615-1156927
Date Transaction Was Processed: 06/15/2016
Client Identification Number (CID): 875740457
Payment Total: $838.00

Fines, Fees and Surcharges for Earlier Convictions and Suspensions
You selected to pay the fines, the fees, and the surcharges required by law for the earlier traffic
violation convictions listed below.

| Ticket Number | Violation Description | Violation Date | Driver Violation Points |
|---|---|---|---|
| | SPEED IN ZONE 31+ | | |

Did you write your Confirmation Number on a piece of paper?
Do not use the toolbar or the menu on your browser to return to a previous page, or you can
cause an error in your transaction.

Pay More Tickets / Complete Transaction

22:12

8 points.  Eeek          22:15

To:  Dylan Pace

Eeeeek          22:15

Thu, Jun 16, 06:14



133.9 MPH          06:14

Lol tbt          06:14

Fri, Jun 17, 01:07

We should do like a buy 2 get one

To: Dylan Pace

Fri, Jun 17, 01:07

We should do like a buy 2 get one free Monday-wednesday or 26% off to bring in more business at pizza lol — 01:07

Fri, Jun 17, 07:13

You staying ?? — 07:13

You left? — 07:14

Was that a yes? — 07:36

Sent as Text Message

Sun, Jun 19, 10:11

Am I working tomorrow or should I head home for the fam — 10:11

Work — 10:11

K thanks — 10:11

And nice talking to you, made me feel better. Goodnight😊 — 10:18

To: Dylan Pace

And nice talking to you, made me feel better. Goodnight😊 — 10:18

Sun, Jun 19, 22:44

6 right — 22:44

Mon, Jun 20, 18:15



18:15

To: Dylan Pace



18:15

Lol                                                 18:15

Gross                                               19:11

Lmfao                                               19:12

Half in the bag                                     19:12

I was all the in the bag                            19:13

Tue, Jun 21, 13:12

Mario I missed the damn ferry                       13:12

---

To: Dylan Pace

I was all the in the bag                            19:13

Tue, Jun 21, 13:12

Mario I missed the damn ferry                       13:12

Can some cover until I get there                    13:12

If you want extra hours today.  I can use the help  13:18

Zack doesn't work for pizza anymore                 13:18

Lol omg I must of been in a deep sleep before I'm so stupid.  13:25

What do you need covered                            13:26

Tue, Jun 21, 14:59

Any of pizza.                                       14:59

Tue, Jun 21, 16:30

???                                                 16:30

: Dylan Pace

Tue, Jun 21, 16:30

??? 16:30

ll try to get there earlier I just had
mad stuff i'm trying to get done like a
haircuts 16:35

Wed, Jun 22, 15:22

Do you want more hours? 15:22

I red the gym covered 15:23

Wed, Jun 22, 16:45

Yes 16:45

Sorry just woke up 16:45

Don't mind more hours at all sorry I
woke up late 17:17

Thu, Jun 23, 18:17

Yo 18:17

To: Dylan Pace

Thu, Jun 23, 18:17

Yo 18:17

Hello 18:17

Sup 18:17

Have a good night? Lol 18:18

Guess so 18:21

✌ 18:33

I'm in a meeting 18:35

Is that what your shade was about 18:40

It's whatever I'm good. 18:40

Just fucking funny. 18:43

To: Dylan Pace

Not sure what's funny about it.    18:45

It was dinner    18:45

He sleep over    18:46

Is this a jealous thing.   Cause I'm not sure your angle    18:46

He slept over right    18:46

Yeah fuck this    18:46

Hope you guys had fun    18:46

If you want to be a big boy.   You can use your words.    18:47

This shit hurts..    18:47

First communicative word you've used every    18:49

Ever*    18:49

To: Dylan Pace

ever    18:49

I was scared to get too close to you    18:49

Whatever    18:49

Scared to get close to me.   And same to him    18:50

That's funny.    What I think it was. Was you seeing which would suit your needs better    18:50

Yeah because being with joe would benefit me at all    18:50

Whatever Mario I'm honestly really hurt..    18:50

I don't believe that.    I think you are just thrown off

When someone goes days without speaking to you.    18:51

To: Dylan Pace

I don't believe that. I think you are just throw'n off

When someone goes days without speaking to you. 18:51

I guess you guys talked about me 18:52

Nope 18:52

Not a word 18:52

Your my boss like why would I text you everyday 18:52

Not a single word 18:52

OMG I'm so done I'm sorry 18:52

Your my boss why would you text me? 18:52

To: Dylan Pace

Your my boss why would you text me? 18:52

Sorry I came off the way I did with you 18:52

Like that 18:52

I don't know Mario 18:53

This whole situation is ridiculous 18:53

I'm so upset lmao I have no clue why 18:54

We need to talk. 18:56

I am done with my meeting 18:58

Where 18:59

I left I was so mad 18:59

Why wouldn't you think I would be mad over this this morning 18:59

To: Dylan Pace

So. You are free so you worked out
at 9 am to meet him.                    19:00

To meet him ?                           19:00

So you work tonight.  Am I to
assume you are not coming in?           19:01

I wouldn't be disrespectful to you, pj
or Kenny no matter what happened        19:02

Not sure what that means.               19:02

So yes I'm coming back in               19:02

Ok.                                     19:04

I would like to talk to you beforehand
though                                  19:04

?^                                      19:05

Dylan Pace kept an audio message from you.
Thu. Jun 23, 19:05

---

To: Dylan Pace

I would like to talk to you beforehand
though                                  19:04

?^                                      19:05

Dylan Pace kept an audio message from you.
Thu, Jun 23, 19:05

Typo                                    19:06

K                                       19:08

                                        19:08

You seem like you don't care at all     19:12

On to the next one lol                  19:12

Well honestly.  It's the first time you
are reaching out                        19:12

I'm just not sure if you are reaching
out personally or professionally        19:13

Personally ...                          19:13

To: Dylan Pace

Well honestly. It's the first time you are reaching out     19:12

I'm just not sure if you are reaching out personally or professionally     19:13

Personally ...     19:13

Either are equally important     19:13

You knew you had me.     19:14

What does that even mean     19:20

I guess we're done     19:20

1st part was.    That which ever your answer was.  That both are important to me.

The second was admission that

"You knew you had me".  That I was wry into you     19:21

To: Dylan Pace

1st part was.    That whichever your answer was.  That both are important to me     19:21

The second was admission that

"You knew you had me".  That I was wry into you

Was     19:2?

Very*     19:2?

Dont analyze my adjectives     19:2?

I mean my verbs.     19:2?

Don't analyze my verbs

Either way.   Let me know when you want to talk     19:2?

I'll make sure I'm available     19:2?

To: Dylan Pace

    19:25

Kk                                      19:44

Silence?    19:44

Il talk to you in person Mario        19:44

Idk what to say                       19:45

You both think I'm playing you. You
both are talking about me, I think I'm   19:46
good out of this picture

I said that two weeks ago to you    19:47

The silence was waiting for a
response                            19:47

lol what                            19:50

Your confusing me                   19:50

Il talk to both of you in person later.   19:53

---

To: Dylan Pace

Should we all meet?    19:59

Like some jerry springer shit    19:59

Lmfao                              20:02

    20:02

    20:02

    20:06

Lmao I hate you                    20:11

I'm good on that though if you guys   20:11

To: Dylan Pace

I just want to clarify things                                    20:11

You know                                                        20:15

We didn't talk about you                                        20:15

What boat are you back on                                       20:16

330                                                             20:16

And idc if you were lol                                         20:17

I'm the idiot here idk what I got
myself into with you two                                        20:17

                                                                20:20

That's actually me                                              20:21

Yeah right                                                      20:21

You guys would be cute together lol
go for it.                                                      20:21

---

To: Dylan Pace

yeah right                                                      20:21

You guys would be cute together lol
go for it.                                                      20:21

I just thought me and you were good
after that night                                                20:22

Good ?                                                          20:23

In person                                                       20:23

Better in person                                                20:23

K                                                              20:23

Can't wait                                                      20:23

                                                                20:2

Why lol                                                         20:2

Your gonna get me upset lol                                     20:2

In kidding                                                      20:2

To:  Dylan Pace

Is kidding                    20:24

I try to make light of bad situations   20:24

Nah go for it. And joe is on prep so
I'm sure you guys had fun.            20:24

Cause there is Alwats tomorrow       20:24

Relax.   Killer you are jumpin. To
conclusions                          20:25

I almost quit today ... Like I cant wrap
personal and work together like this   20:25

That's ridiculous.                   20:28

No reason to quit.                   20:28

There's more to that too             20:28

Well that's not me then              20:29

No
                                     20:42

To:  Dylan Pace

Well that's not me then              20:29

No
                                     20:42

Missed the ferry. We can talk
tomorrow or whenever b               21:12

Whenever*.                           21:12

Fri, Jun 24, 05:03

Did you leave pizza yet       05:03

Almost
                                     05:03

Why whatdup                          05:15

Whats
                                     05:15

Did you wanna chat or nah            05:20

Yes.   05:21

Where are you                        05:21

To: Dylan Pace

Where are you                                          05:21

I'm leaving dinner walking to pizza            05:21

Fri, Jun 24, 19:19

Hey can I take a 15 minute break to            19:19
go eat quick?

So sorry coming back rn                           20:02

Sat, Jun 25, 07:17

I'm assuming you passed out            07:17

Sat, Jun 25, 14:40

Yeah I'm sorry.. Headache was killing          14:40
me and I forgot to set an alarm

You feeling better?            14:41

Yes. Crazy night lol. Are you okay?            14:41

I'm ok            14:42

To: Dylan Pace

Im ok            14:42

Cuddling on Olivia            14:43

Sat, Jun 25, 21:46

🙂            21:46

Sun, Jun 26, 09:12

My wallet is in pizza            09:12

Are you up            09:20

Yes I'm in pav            09:31

So funny.  I assumed you forgot            09:31
something

Lol            09:31

Lol            09:31

Where are you            09:31

To: Dylan Pace

Where are you                    09:31

Coming to pav                    09:34

Ok                               09:41

Is people still there            09:41

Yes                              09:42

Where are you                    09:46

i'm at the bar                   09:46

Thank you                        09:51

She's so drunk lol               09:52

Sun, Jun 26, 17:12

Wanna work the gym?    17:12

Sun, Jun 26, 18:37

---

To: Dylan Pace

Sun, Jun 26, 18:37

When??                           18:37

Any /all of it                   18:47

Yeah sure. I really wanted to go to
the beach for an hour can I come in    19:26
at 2:30-3?

And I have work 6-11             19:27

Ok                               19:28

Wed, Jun 29, 03:23



                                 03:23

To: Dylan Pace



03:23

Off your phone  03:24

Sorry.  03:24

Don't want you to get in trouble  03:25

Sun, Jul 3, 10:07

Hey Mario I worked 2-4am on July 2nd  10:07

Sun, Jul 3, 17:51

What are you hours today  17:51

To: Dylan Pace



If you want to work on the property I need someone to walk around.

Stop coolers. Tell people no outside drinks blah blah  17:52

Sun, Jul 3, 21:52

Where are you  21:52

Mon, Jul 4, 16:46

You missed breakfast lol  16:46

I am so tired  16:55

I'm sure you are. I'm heading by pizza in a sec to see if everything is ok. lmk if you need me anywhere  16:57

A bj  17:01

😂😂  17:01

Where at typing  17:29



To: Dylan Pace

Where am I going          17:29

Where are you             17:29

Coming from ranch now                    17:30

Tue, Jul 5, 04:53

Hey Mario I worked from
11:00am-9pm July 4th              04:53

Tue, Jul 5, 06:07

Thank you for your help     06:07

Wed, Jul 6, 03:27

What are you guys doing there       03:27

Eating   03:39

And coming right back? You're not
hanging at the bar?                03:39

Not sure I said I wanted to come right   03:43

To: Dylan Pace

Not sure I said I wanted to come right
back.                                    03:43

But after drinks and there's a show
or something there                       03:43

Y didn't you come.
                                         03:43
AND why did you run away

Oooooooooooooooooooook   03:50

Cuz joe is a little fucker          03:49

Wed, Jul 6, 04:52

Ya
                                         04:52

I don't know what that means   04:54

Wed, Jul 6, 07:36

Are you up
                                         07:36

Yes   07:36

To: Dylan Pace

Yes                                    07:36

Did joe say if he did anything with
Sam since he's been here                07:38

I don't want to be involved with this
child shit                              07:42

Like zero.                              07:42

Idk what is going on. They both are
SO adamant about what their saying.     07:43
This is so fucking weird

And yeah this is so fucking stupid idk
what I'm even doing around these        07:44
people. Anyway goodnight Mario lol.

I just don't want part of this.         07:48

This just shows your age.   It's not
cute at all                             07:52

The drawn out texts.  Between joe       07:53

---

To: Dylan Pace

The drawn out texts.  Between joe
your and sam is crazy                   07:53

I'm caught in the middle of this dumb
ass shit that I don't want to be a part
of. Sorry I even texted you, i just     07:55
know that he walked home with you.
Goodnight I'm exhausted 😵 😖

Lol. So what do you think I feel lol    07:55

07:56

**Trapezoid.**

LOL
07:56

Sane  stable and alone.    07:59

#mylife                   07:59

To: Dylan Pace

#onylife                            07:59

Awe                                 08:10

Nioht Mariooo                       08:11

                Thu, Jul 7, 07:33

Your play girl is hot               07:33

Sorry if that was rude lol          07:36

                Tue, Jul 12, 00:07

Did tips get distributed in pizza for
the Fourth of July?                 00:07

Do you have a sheet of how it got
broken up?                          00:07

No Sarah handled it completely. All
the tips from each day got pooled
though. And I didn't receive any on       00:09
the fourth since I was doing security

You didn't work that day in pizza at
all?                                00:10

---

To: Dylan Pace

You didn't work that day in pizza at
all?                                00:10

No, I asked if you wanted me in pizza
after security and you said to go
home                                00:13

Aren't you on vacation? Lol          00:13

Yes                          00:13

I don't get traditional vacations    00:14

My phone has been ringing all day

But your tips just came to my mind.

I'm missing an envelope that was      00:15
under the drawer for awhile 😏

And your you said go home sounds
like I sent you home.

                                     00:16
I'm sure I asked your Preference

What drawer?                         00:17

To: Dylan Pace

What drawer?                                    00:17

Under the pizza cash drawer          00:17

Oh                                              00:18

Your underwear drawer!  Lol          00:18

I thought you meant like at your
house or something. I was going to    00:19
say ask Joey LOL

joe*                                            00:19

🙄 00:20

Lol                                             00:23

Rolled So far into my head it hurts  00:24

Yeah sure haha                           00:25

To: Dylan Pace

Gonna come back looking like           00:2

You didn't say bye to me                00:2

I bet you said bye to Joe lol          00:2

Relax.                                  00:2

I'm kidding I don't care. You should
of said bye to me though as I may       00:3
get fired before you come back.
They have been so mean to me lmao

I was saying goodbyes as a joke   00:3

Don't be late and you won't be
getting fired                          00:3

Pj actually going to make you an
offer you punk ass                     00:

Ohh                                     00:

To: Dylan Pace

Well I don't even know if she told pj
or anyone so don't say anything I
don't mind, it was busy and I messed
up the order.                                    00:46

How much was it    00:46

**VISA**

Date:          J.  10 '16  C.17PM
Card Type    Visa
Acct #:      .0XXCXXXXXXX5210
Card Entr:   SLIPED
Trans Type:  P.RCHASE
Trans Key    K1K0U2727957512
Auth Code    025448
Check:       8C75
Check ID:    3EAR8
Server:      GE D'LAN                            00:47

Are you at work right now?   00:40

To: Dylan Pace

And who is being        00:38

I hate to talk about work while your
on vacation, I just messed up an
order so Sarah said il be fired but I
ended up paying for it and it's cool
now I think. Kenny seems aggravated
too today                                        00:39

How's your houses in FL
00:43

How much was it   00:44

I didn't even go to them yet.
Tomorrow.  I kind of want to avoid
going...

00:45

My house is messy

Well I don't even know if she told pj
or anyone so don't say anything I
don't mind, it was busy and I messed     00:46

To: Dylan Pace

Are you at work right now?                    00:49

Did you just call                             00:49

I'm at the gym, then going to pizza           00:49
right after

Yes then o thought about it if you            00:49
might be at work

Wed, Jul 13, 03:16

Did you grab that                             03:16

Grab that?                                    03:17

The cigs                                      03:17

Wrong person                                  03:17

Lol                                           03:17

Lol sorry                                     03:18

Quit smoking                                  03:18

---

To: Dylan Pace

Quit smoking                                  03:18

Wed, Jul 13, 04:28

And end of convo lol                          04:28

Sorry we're out to dinner at the              04:28
whale

I've been cutting down a lot. I               04:29
actually hate smoking

Ah.  Kk.  Ciao.  Enjoy                        04:30

Fri, Jul 15, 17:11

Having any fun?                               17:11

It's been nice.  I wouldn't say "fun"         17:12

Good talk                                     17:20

lol                                           17:21

Lol sorry just waking up                      17:2

To: Dylan Pace

Lol sorry just waking up
17:21

I talked to PJ, no offer but he's being really nice lately.
17:26

🙂 17:26

That's what you had to say? 17:30

No I just wanted to see how you were doing lol sorry to mention work
17:31

The place hasn't burned down yet without you so you're good 😊
17:31

Everyone is probably happier 17:32

With pj's micromanagement? I don't think so lol
17:33

You're a good buffer
17:35

That's about it though 😂
17:35

To: Dylan Pace

That's about it though 😂
17:35


17:35

lc 17:52

18:14

Haha nice ! 😊
18:15




To: Dylan Pace

18:16

Wa wa.  Empty seat   18:16

18:18

Thought Joe was with you

18:18

HAHA kidding

18:18

Don't text and drive !

18:18

He wasn't invited   18:20

1 person was   18:20

18:20

Sat, Jul 16, 00:29

To: Dylan Pace

Sat, Jul 16, 00:29

Well sorry

00:29

Nah   00:30

Oh..?

00:30

Joe just came into pizza and bugged out on me. Are you guys talking?   00:30

Just curious

00:30

Lol

00:30

Did you get a car

00:31

01:03

Mon, Jul 18, 17:31

Are you okay

17:31

Tue, Jul 19, 15:21

   15:21

Sent as Text Message

To: Dylan Pace

Are you okay                                          17:31

Tue, Jul 19, 15:21

🙂 15:21

Sent as Text Message

The gym   15:21

Sent as Text Message

Text Message

Dylan??   15:30

iMessage

Yes coming now                                        15:30

Thu, Jul 21, 05:14

i'm done down heree                                   05:14

Sat, Jul 23, 20:08

What time is pizza open until                         20:08

To: Dylan Pace

Sat, Jul 23, 20:08

What time is pizza open until                         20:08

Tue, Jul 26, 01:11

And how many   01:11

I am printing the labels   01:12

Gotcha in a sec                                       01:23

We go by weight so they kinda vary
but I can give you the average                        01:24

Ok.  So maybe I won't do price   02:12

Tue, Jul 26, 13:42

Can you do what Kenny asked.   Skip
the gym and work pizza tonight?   13:42

Tue, Jul 26, 15:01

Yes                                                   15:01

Tue, Aug 2, 16:59

To: Dylan Pace

Tue, Jul 26, 01:11



Gotcha in a sec

We go by weight so they kinda vary
but I can give you the average

Ok.  So maybe I won't do price

Tue, Jul 26, 13:42

Can you do what Kenny asked.   Skip
the gym and work pizza tonight?

Tue, Jul 26, 15:01

Yes

Tue, Aug 2, 16:59

Well I guess that's good bye and
Good luck.