# Derek Smith Law Group, PLLC

Employment Lawyers Representing Employees Exclusively

March 12, 2018

**VIA ECF**
Honorable Sandra J. Feuerstein
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

           Re:    *Rapuano-Novella et al v. Outpost Pines Intermediate Holdings LLC, et al.*
                    Docket No. 17-cv-06140(SJF)(SIL)

Dear Judge Feuerstein:

      We represent the Plaintiffs, Joseph Rapuano-Novella and Dylan Pace in the above referenced matter. We write in accordance with Your Honor's Order as stated at the preliminary conference, held on March 6, 2018. Please see the attached text messages between Plaintiff, Joseph Rapuano-Novella and Mario Priola, attached hereto as an exhibit to this letter. Text messages as between Dylan Pace and Mario Priola, were turned over by the Defendants as Defendants' Exhibit B.

      We thank the court for its attention in this matter,

                                                Respectfully submitted,

                                                  /s/

                                                  Paul Liggieri, Esq.
                                                  DEREK SMITH LAW GROUP PLLC

Cc: A.G. Chancellor, III

NYC Office: 1 Penn Plaza, Suite 4905, New York, NY 10119 | (212) 587-0760
Philadelphia Office: 1845 Walnut Street, Suite 1600, Philadelphia, PA 19103 | (215) 391-4790
NJ Office: 73 Forest Lake Drive, West Milford, NJ 07421 | (973) 388-8625
Website: www.discriminationandsexualharassmentlawyers.com

2

Case 2:17-cv-06140-SJF-SIL   Document 14   Filed 03/12/18   Page 2 of 2 PageID #: 151