Oh god that was a liar

*while ago

When circumstances were different.

Also this has nothing to do with my employment here

What are you talking about nothingn to do with your employment?

That's the only thing I am talking about.

Dylan has zero to do with my financial concerns

Talk to PJ.  Go straight to the top

See what you can work out

Or wait till I'm back and we three sit

That may be an option. But I'm still going to chat with management before I work any shifts this weekend.

Pj is management lol

Don't threaten.

Pj is the company owner.

Whoah not a threat

I'm management

And I'm telling you to go to the owner

Sounds that way.

We are working something out or I'm leaving tomorrow...

"Before I work any shifts".

Certainly sounds threatening

This convo crosses that confusing boarder you said doesn't exist by involving personal endeavors that have nothing to do

Barely

I don't threaten your restaurant. If I left you have plenty of people to keep your industry running.

This hasn't crossed any personal side at all

Who did you mean to send that screenshot to

You

Nah

That section has no personal anything in it

Yes.

Take Dylan with you

You're a liar

Texts boo

We can leave tonight

This maybe has a personal

EXARCLY

that's what I'm showing you.

Me telling you to go to pj cause I don't want to loose you as a server is your manager and me speaking

And those screen shots were for you

Don't be that sketchy I don't share exacts ever

Of course I want you all to make money

Why would I not

Mario this isn't an attack against you or management

It's just a concern I've brought up twice

Ok.   And there's nothing I can do.  I had nothing to do with hiring another server

Another server this weekend too? Three servers on week nights when we have 17 covers on average

So I want you to go to the owner

I'll remove Caitlyn

Honestly I have zero clue what's happening there

I've had little contact with pj and Kenny

Okay. I believe you.

Dylan bitched my ear.

I took care of it

You are bitching my ear

I don't know what to do

He bitched your ear?

I'm not bitching. I am not a bitch.

Yes.  Some fucked up shit with him and Sara

The thing you reimbursed him for and gave him a raise offer for? I know.

I didn't offer the raise

Also you're wrong about what you think it's happening between Dylan and I

It's not mine to offer

I've terminated and broken every tie with this person because I am an adult.

The money.  Yes I paid from my own pocket

He shouldn't have to pay a mistake

I will handle her when I'm back

Agreed. But you're still wrong about the nature of his and i's relationship.

And if I don't get reimbursed well then it's a sacrifice I make for staff

I dont know what you two are doing or if you're talking again or whatever.

We aren't

But I'm a really good guy.

He has messaged

And I'm an adult.

I believe that.

I assume out of boredom

No. It's all a game. It's because I've put the final stopper in anything he thought was going on

Have we changed this to personal?

He has messaged

I assume out of boredom

Personal. You brought it back up n

I'm just asking if it's officially a topic change

Sure

I know I did

Official change.....

And then silence

Lol

Thanks for getting me all hyper

Texted Kenny he blindsided me

Hiring another waiter

What am I supposed to say

Now he's mad lol

I can tell. I don't think he wants to speak to me.

You should talk to pj

But I don't care. I'm not intimidated by any of this really. Not for 427/week lol

Ok.

I would talk to PJ

Not opposed at all.

Just wish you were here. Maybe to settle me down, maybe to smack some sense into me

If you say management one more time.   I'm gonna feel as if you are demeaning my position

I am telling you to go above me

Okay.

I want you to find a solution.   I am just not able to assist

I hope that this was not the biggest mistake since drugs for me

Drugs for you?

Yes.   How I've allowed this tangled web and continued to participate o

There is no web.

I do care about you as a person and I am not communicating romantically with any other employee. That is all.

Are you?

Zero

Aimee a little

But that's been going on for years

Aimee? Lol

😁

You are the only one.

Pj just said.   "Within the first hour of you back. We sit"

like that's a great way to end my vacation

To feel like I'm going back to a disaster

You got PJ involved. I didn't.

I didn't bring up personal stuff in that meeting.

And I said nothing incriminating.

That's not what I'm Getting at

And I couldn't solve what you needed

It's my job to execute what I can and send up the things I can't

I have work. I think it will be fine. I just want you back. The drama will die as soon as Dylan realizes he can manipulate anyone else.

When are you back

Sunday

I really want you to have the best trip that you can possibly have.

7/15/16, 11:22 PM

I just found the place I would take you.

What place is that.

Not gonna tell you

It's a gamers bar

Lol I'd probably love it. When we going?







WAIT. I'm coming now

That looks like so much fun

7/16/16, 11:41 PM

What time are you rejoining us tomorrow

7/17/16, 7:15 PM

Lmk if you want to hang after I'm out of work. Your last night as a free man

Maybe.   I do.   But I don't know what pj has to say to me

7/18/16, 5:25 PM

I don't feel well

7/18/16, 9:11 PM

Need my pillow from your house

Please.

Yes

Yes?

I'll get it to you

Mail?

Lol

Wow

I'll talk to someone else about grabbing it. Thank you.

I don't know how to do that right now

Excuse me

I just need to grab my pillow. I'm packing.

7/19/16, 11:46 AM

Can you open whale? I left my sunglasses and black book with money inside

Delivered

Yes