# CIVIL CAUSE FOR INITIAL CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

**DATE**: March 1, 2018　　　　　　　　　　**TIME**:(30 MINUTES)　　MAR 01 2018 ★

LONG ISLAND OFFICE

**CASE NUMBER**:　　2:17-cv-06140-SJF-SIL

**CASE TITLE**:　　Rapuano-Novella et al v. Outpost Pines Intermediate Holdings I LLC, et al

**PLTFFS ATTY**:　　Paul Liggieri
　　　　　　　　　X  present　　　　___ not present

**DEFTS ATTY**:　　A. G. Chancellor III
　　　　　　　　　X  present　　　　___ not present

**COURT REPORTER**: P. Auerbach

**COURTROOM DEPUTY**: Bryan Morabito

X　　CASE CALLED.

___　　HEARING HELD/ CONT'D TO_____.

___　　ORDER ENTERED ON THE RECORD.

**OTHER**: Case settled on the record. Case closed with leave to reopen on ten (10) days notice in no event later than 6/1/2018.